# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

In re:    Schmidt Auto Sales, Inc                          §    Case No. 17-24515 EPK
                                                           §
                                                           §
Debtor(s)                                                  §

---

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

DEBORAH C. MENOTTE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $91.99                         Assets Exempt:  N/A
*(without deducting any secured claims)*

Total Distribution to Claimants:  $5,000.00       Claims Discharged
                                                  Without Payment:  N/A

Total Expenses of Administration: $32,000.00

3)  Total gross receipts of $37,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $37,000.00 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY CLAIMS | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 68,825.47 | 68,825.47 | 32,000.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 184,980.62 | 1,092,234.08 | 84,234.08 | 5,000.00 |
| **TOTAL DISBURSEMENTS** | **$184,980.62** | **$1,161,059.55** | **$153,059.55** | **$37,000.00** |

4)  This case was originally filed under Chapter 7 on 12/04/2017. The case was pending for 34 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  03/03/2021           By: /s/ DEBORAH C. MENOTTE

Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Settlement with Thomas Schmidt | 1241-000 | 37,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$37,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL SECURED CLAIMS** | | **N/A** | | | | |

## EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH C. MENOTTE | 2100-000 | N/A | 4,450.00 | 4,450.00 | 2,067.02 |
| DEBORAH C. MENOTTE | 2200-000 | N/A | 72.81 | 72.81 | 33.82 |
| RICE PUGATCH ROBINSON STORFER & COHEN PLLC | 3210-000 | N/A | 39,224.00 | 39,224.00 | 18,219.52 |
| RICE PUGATCH ROBINSON STORFER & COHEN PLLC | 3220-000 | N/A | 207.29 | 207.29 | 96.29 |
| GlassRatner Advisory & Capital Group LLC | 3410-000 | N/A | 24,752.50 | 24,752.50 | 11,497.52 |
| GlassRatner Advisory & Capital Group LLC | 3420-000 | N/A | 61.70 | 61.70 | 28.66 |
| Signature Bank | 2600-000 | N/A | 57.17 | 57.17 | 57.17 |
| **TOTAL CHAPTER 7 ADMIN. FEES and CHARGES** | | **N/A** | **$68,825.47** | **$68,825.47** | **$32,000.00** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES | | | | | |

## EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | N/A | | | |

## EXHIBIT 7 - GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Express Bank, FSB | 7100-000 | 18,374.15 | 18,374.15 | 18,374.15 | 1,090.66 |
| 2-2 | NextGear Capital, Inc. | 7100-000 | 58,000.00 | 47,495.51 | 47,495.51 | 2,819.26 |
| 3 | American Express Bank, FSB | 7100-000 | 17,842.97 | 18,364.42 | 18,364.42 | 1,090.08 |
| 4 | Marc Sporn | 7100-000 | N/A | 425,000.00 | 0.00 | 0.00 |
| 5 | Walmol Holdings, LLC | 7100-000 | N/A | 520,000.00 | 0.00 | 0.00 |
| 6 | Medi Biotech, LLC | 7100-000 | N/A | 63,000.00 | 0.00 | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 34,706.11 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 272.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | CAPITAL ONE | 7100-000 | 7,374.80 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Citibank Usa | 7100-000 | 23,809.40 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Manheim | 7100-000 | 507.50 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Us Bank | 7100-000 | 13,850.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Us Bank | 7100-000 | 10,243.69 | 0.00 | 0.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $184,980.62 | $1,092,234.08 | $84,234.08 | $5,000.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| **Case Number:** | 17-24515 EPK | **Trustee:** | DEBORAH C. MENOTTE |
|---|---|---|---|
| **Case Name:** | Schmidt Auto Sales, Inc | **Filed (f) or Converted (c):** | 12/04/17 (f) |
| | | **§341(a) Meeting Date:** | 01/10/18 |
| **Period Ending:** | 03/03/21 | **Claims Bar Date:** | 02/12/18 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | BANK OF AMERICA CHECKING X8908 | 61.99 | 0.00 | | 0.00 | FA |
| 2 | BANK OF AMERICA CHECKING X4122 | 30.00 | 0.00 | | 0.00 | FA |
| 3 | Settlement with Thomas Schmidt (u) Resolved per Order ECF#25 | 37,000.00 | 37,000.00 | | 37,000.00 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$37,091.99** | **$37,000.00** | | **$37,000.00** | **$0.00** |

**Major activities affecting case closing:**
CBD: 2/12/18 COMPLETE

TAX RETURN STATUS:  CPA RETAINED AND FILED ALL NECESSARY RETURNS

CASE STATUS:  CPA AND COUNSEL RETAINED TO LOOK INTO POSSIBLE PREFERENCES OR FRAUDULENT TRANSFERS.  PRINCIPAL OF DEBTOR BELIEVED THERE WAS A CAUSE OF ACTION AGAINST FORMER "PARTNER", WAITED TO SEE OUTCOME OF THE SPORN/SCHMIDT DISCHARGE ADVERSARY FILED IN THE INDIVIDUAL ESTATE. SETTLEMENT REACHED BETWEEN THE PARTIES WHICH ELIMINATED THROUGH OBJECTION THE CLAIMS IN THIS CASE.

(**Trustee and her professionals all agreed to take fee reduction so that a distribution could me made to Unsecured Creditors.)

**Initial Projected Date of Final Report (TFR):** December 30, 2019          **Current Projected Date of Final Report (TFR):**  July 24, 2020 (Actual)

**Form 2**
**Cash Receipts and Disbursements Record**

| Case Number: | 17-24515 EPK | Trustee: | DEBORAH C. MENOTTE |
|---|---|---|---|
| Case Name: | Schmidt Auto Sales, Inc | Bank Name: | Signature Bank |
|  |  | Account: | ******0561 - Checking |
| Taxpayer ID#: | **-***5819 | Blanket Bond: | $62,655,000.00 (per case limit) |
| Period Ending: | 03/03/21 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/14/19 | Asset #3 | Marshall Grant, PLLC | Partial Payment per ORDER ECF#25 | 1241-000 | 35,000.00 | | 35,000.00 |
| 03/14/19 | Asset #3 | Marshall Grant, PLLC | Partial Payment per ORDER ECF#25 | 1241-000 | 2,000.00 | | 37,000.00 |
| 06/30/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 57.17 | 36,942.83 |
| 09/02/20 | 1001 | DEBORAH C. MENOTTE | Dividend of 100.000000000%. | 2200-000 | | 33.82 | 36,909.01 |
| 09/02/20 | 1002 | DEBORAH C. MENOTTE | Dividend of 100.000000000%. | 2100-000 | | 2,067.02 | 34,841.99 |
| 09/02/20 | 1003 | GlassRatner Advisory & Capital Group LLC | Fees:$11497.52; Expenses:$28.66; | | | 11,526.18 | 23,315.81 |
| 09/02/20 | | GlassRatner Advisory & Capital Group LLC | Dividend of 28.66 100.000000000%. | 3420-000 | | | 23,315.81 |
| 09/02/20 | | GlassRatner Advisory & Capital Group LLC | Dividend of 11,497.52 100.000000000%. | 3410-000 | | | 23,315.81 |
| 09/02/20 | 1004 | RICE PUGATCH ROBINSON STORFER & COHEN PLLC | Fees:$18219.52; Expenses:$96.29; | | | 18,315.81 | 5,000.00 |
| 09/02/20 | | RICE PUGATCH ROBINSON STORFER & COHEN PLLC | Dividend of 96.29 100.000000000%. | 3220-000 | | | 5,000.00 |
| 09/02/20 | | RICE PUGATCH ROBINSON STORFER & COHEN PLLC | Dividend of 18,219.52 100.000000000%. | 3210-000 | | | 5,000.00 |
| 09/02/20 | 1005 | American Express Bank, FSB | Dividend of 5.935839746%, Claim No.1. | 7100-000 | | 1,090.66 | 3,909.34 |
| 09/02/20 | 1006 | American Express Bank, FSB | Dividend of 5.935839746%, Claim No.3. | 7100-000 | | 1,090.08 | 2,819.26 |

**Form 2**
**Cash Receipts and Disbursements Record**

Page: 2

| Case Number: | 17-24515 EPK | | Trustee: | DEBORAH C. MENOTTE |
|---|---|---|---|---|
| Case Name: | Schmidt Auto Sales, Inc | | Bank Name: | Signature Bank |
| | | | Account: | ******0561 - Checking |
| Taxpayer ID#: | **-***5819 | | Blanket Bond: | $62,655,000.00 (per case limit) |
| Period Ending: | 03/03/21 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/02/20 | 1007 | NextGear Capital, Inc. | Dividend of 5.935839746%, Claim No.2-2. | 7100-000 | | 2,819.26 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | **37,000.00** / **37,000.00** | **$0.00** |
| Less: Bank Transfers | 0.00 / 0.00 | |
| **Subtotal** | **37,000.00** / **37,000.00** | |
| Less: Payment to Debtors | 0.00 | |
| **NET Receipts / Disbursements** | **$37,000.00** / **$37,000.00** | |

| | |
|---|---|
| Net Receipts: | $37,000.00 |
| Net Estate: | $37,000.00 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******0561** | **37,000.00** | **37,000.00** | **0.00** |
| | **$37,000.00** | **$37,000.00** | **$0.00** |